IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| STEVE F. HUDSON | : | CASE NO. 16-50469 |
| | : | |
| | : | JUDGE: AUSTIN E. CARTER |
| Debtor | : | |
| | : | |

OBJECTION TO CONFIRMATION OF PLAN

COMES NOW WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as **159 Slagal Rd, Haddock, GA 31033**, and for the reasons stated below, objects to confirmation of the Plan, as follows:

1.

This loan had a maturity date of May 5, 2014. Creditor anticipates filing a total debt claim in the approximate amount of $2,539.30, more particularly described in the proof of claim once filed. The plan calls for an estimated total debt amount of $3,800.00 to be paid at an interest rate of 5.5%. However, the Plan should pay the total debt at the contract interest rate, which is 9.250%. Additionally, there is a co-borrower on this loan, Belinda B. Hudson, who is not a co-debtor in this bankruptcy case. Debtor should not be permitted to modify the interest rate unless the co-borrower is joined to the case.

2.

The Plan should also provide that Debtor will pay ongoing tax and insurance on the property directly. Creditor objects to the lack of this provision in the Plan.

3.

Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/ Brian K. Jordan
Brian K. Jordan, Bar No.: 113008
Attorney for Creditor
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: bjordan@aldridgepite.com

CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on the date written below a copy of the foregoing *Objection to Confirmation of Plan* was served by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

The following Parties have been served via email by virtue of their participation in the CM/ECF system:

Blanton C. Lingold

Camille Hope

The following parties have been served via U.S. Mail:

Steve F. Hudson
159 Slagle Rd
Haddock, GA 31033-2246


Dated: April 27, 2016                                /s/ Anne E. Penaloza                .
                                                     Anne E. Penaloza
                                                     Aldridge Pite, LLP
                                                     4375 Jutland Dr., Suite 200
                                                     P.O. Box 17933
                                                     San Diego, CA 92177-0933